UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK H. KNIGHT,

      Plaintiff,

v.                Case No. 1:15-cv-00132

CACH, LLC, a Colorado Limited Liability  **Hon. Robert J. Jonker**
Company, and G. REYNOLDS SIMS &
ASSOCIATES, P.C., a Michigan Professional
Corporation,

      Defendants.

| THE KROL LAW FIRM, PLLC | G. REYNOLDS SIMS & ASSOC., P.C. |
|---|---|
| By: Kristen L. Krol (P55103) | By: Jason Sims (P66048) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 4710 W. Saginaw Highway, Suite C | 2075 W. Big Beaver Rd, Suite 200 |
| Lansing, MI 48917-2654 | Troy, MI 48084 |
| 517-321-6804 | 248-643-4440 |
| debtrlc@drlc.com | sims@grsims.com |

## NOTICE OF SETTLEMENT

   The parties have settled and resolved this matter in its entirety and intent to submit dismissal documents on or before November 7, 2015. Accordingly, the parties request that all pending orders and future dates be vacated.

Dated:  October 6, 2015        /s/ Kristen L. Krol
                   Kristen L. Krol (P55103)
                   The Krol Law Firm, PLLC
                   Attorney for Plaintiff
                   4710 W. Saginaw Highway, Suite C
                   Lansing, Michigan 48917-2654
                   517-321-6804 ♦ debtrlc@drlc.com

2

## **CERTIFICATE OF SERVICE**

  I, Kristen L. Krol, hereby state that on October 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which shall provide notice of said filing to all counsel of record.

                /s/ Kristen L. Krol
                Kristen L. Krol (P55103)
                THE KROL LAW FIRM, PLLC