# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DERRICK H. KNIGHT,

                Plaintiff,

v.

CACH, LLC, a Colorado Limited Liability Company, and G. REYNOLDS SIMS & ASSOCIATES, P.C., a Michigan Professional Corporation,

                Defendants.

Case No. 1:15-cv-00132

**Hon. Robert J. Jonker**

## ORDER OF DISMISSAL
## WITH PREJUDICE

Based on the Stipulation of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against all Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 13, 2015

/s/Robert J. Jonker, Chief Judge
Robert J. Jonker
United States District Judge